IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:21-CR-00005-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEVAR ANTHONY LEARY | **ORDER** |

Before the Court is Defendant's motion to file Docket Entry Number 213 and its accompanying exhibit under seal pursuant to Local Criminal Rule 55.2.

For the reasons stated in Defendant's motion, the Court finds good cause exists. Accordingly, the motion is ALLOWED and Docket Entry Number 213 and its accompanying exhibit shall be filed under seal.

SO ORDERED. This **28** day of December 2021.

JAMES C. DEVER III
United States District Judge